

Diserio Martin O'Connor & Castiglioni LLP
Attorneys at Law          DMOC.com

**Danielle B. Sullivan**
Admitted in CT & NY
Main: (203) 358-0800 ext. 3354
dsullivan@dmoc.com

Reply to: Stamford Office

November 10, 2020

<u>**VIA ECF**</u>
Hon. Joan M. Azrack
United States District Judge
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    <u>American Marketing & Fulfillment, Inc. v. Sottosanti, et al.</u>
              2:20-CV-05371 (JMA)(ST)

Your Honor:

      The undersigned represents the Defendants in the above referenced matter. Pursuant to Rule III)B) of Your Honor's Individual Rules, Defendants seek an extension of time to respond to Plaintiff's Complaint, from November 12, 2020 to November 25, 2020. Defendants request this thirteen (13) day extension of time to prepare an appropriate response to the Complaint. This is the first such request for an extension of time and Plaintiff's counsel has consented to our request.

      Thank you for your attention to this matter.

                                              Respectfully Submitted,

                                              Danielle B. Sullivan

cc:    All counsel of record (*via ECF*)

**STAMFORD, CT** 1010 Washington Blvd., Suite 800, Stamford, CT 06901 (203) 358-0800
**NEW YORK, NY** Helmsley Building, 230 Park Avenue, 3rd Floor West, New York, NY 10169 (212) 551-3637
**BOSTON, MA** 40 Broad Street, Boston, MA 02109 (617) 906-3359
**GREENWICH, CT** 500 West Putnam Avenue, Suite 400, Greenwich, CT 06830 (203) 542-7237
**WHITE PLAINS, NY** 50 Main Street, 10th Floor, White Plains, NY 10606 (914) 684-0090